■ YVONNE LIERE, Respondent, v ROBERT LIERE, Respondent, and YAPHANK INDUSTRIAL EQUIPMENT CORP., Appellant. [652 NYS2d 549] —Appeal by Yaphank Industrial Equipment Corp. from an order of the Supreme Court, Suffolk County (Kitson, J.), dated October 27, 1994.

Ordered that the order is affirmed, without costs or disbursements, for reasons stated by Justice Kitson at the Supreme Court. Rosenblatt, J. P., Ritter, Friedmann and Florio, JJ., concur.